In the Matter of the Claim of MARGARET PECK, Appellant, against DUGAL G. CAMPBELL, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

## (September 29, 1937.)

In the Matter of the Claim of ELWYN KAST, Respondent, against LACONA SAND & GRAVEL Co., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, Respondent, v. HARRIET M. KYLE, ARTHUR C. KYLE, and THORNTON S. NORRIS, as surviving executor, etc., of STODDARD P. NORRIS, Deceased, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

JOHN CURTIS, as Administrator, etc., of MARY CURTIS, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23845.) HENRY M. DUTTON, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23844.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

MABEL E. MILKS, an Infant under Fourteen Years of Age, by ROLAND MILKS, Her Guardian ad Litem, and ROLAND MILKS, Appellants, v. M. A. McIVER and THE MARY IMOGENE BASSETT HOSPITAL, OF COOPERSTOWN, N. Y., Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

JOHN B. TOOMEY, Respondent, v. CHARLES JURACKA, Appellant. MARY AGNES TOOMEY, an Infant, by JOHN B. TOOMEY, Her Guardian ad Litem, Respondent, v. CHARLES JURACKA, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of IGNATIUS BUGIELSKI, Respondent, against WICKWIRE SPENCER STEEL CORP. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer and carrier from an award for temporary total disability. The claimant suffered a fracture of the right femur. The evidence sustains the award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.